

**WWW.MKCLAWGROUP.COM**
**LAW OFFICES OF MICHAEL K. CHONG, LLC**

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57th STREET 8th FL., | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

August 13, 2025

<u>*Via ECF; Total Pages: 1*</u>
Hon. James R. Cho, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Joshua Adams v. 83 Freeman Street Housing Development Fund Corporation et al.
             Docket No. 1:25-cv-00609-OEM-JRC
             **<u>Notice of Settlement</u>**

Dear Judge Cho:

      This office represents the Defendants in the above referenced matter. The parties have reached a settlement in principle. We will now be working on finalizing a written settlement agreement for the parties to sign, and anticipate filing a stipulation of dismissal within 30 days. As such, the parties jointly request that Your Honor adjourn sine die all court dates.

      Thank you for your kind consideration and courtesies.

                        Respectfully submitted,

                        /s/ *Michael K. Chong*

                        Michael K. Chong, Esq.

MKC/gp
cc: Plaintiff's counsel (*via ECF*)

1